## C. W. Marks Shoe Company, Appellant, v. B. Brotman, Appellee.

### Gen. No. 23,226.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN STELK, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918. Rehearing denied February 13, 1918.

### Statement of the Case.

Replevin by C. W. Marks Shoe Company, a corporation, plaintiff, against B. Brotman, defendant. From a judgment for defendant, plaintiff appeals.

DULSKY & DULSKY, for appellant.

ABRAHAM LIDSKY and PRESTON CLARK, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

REPLEVIN, § 123*—*when finding properly in favor of defendant.* In an action of replevin, evidence *held* to sustain a finding in favor of defendant.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.